IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NANCY CRAWFORD,

     Plaintiff,

     v.

Commissioner of the Social Security
Administration,

     Defendant.

Civil No. 3:24-CV-1823-AR

ORDER FOR ATTORNEY FEES
PURSUANT TO 28 U.S.C. § 2412(D)

After consideration of Plaintiff's Unopposed Motion, it is hereby ordered that attorney fees in the amount of $6,000.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the fees shall be payable to Dellert Baird Law Offices, PLLC, electronically or by check.

IT IS SO ORDERED.

DATED this 10th day of April, 2026.

_____
Honorable Jeff Armistead
United States Magistrate Judge

Page 1     ORDER
        [3:24-CV-1823-AR ]